# Long Tuminello, LLP
### Attorneys at Law

Members:
John E. Long, Jr.*
Barry M. Tuminello
David H. Besso, P.C.
Harold Seligman, P.C.
Kevin J. Werner
William M. Sullivan
Michelle Aulivola, P.C.
Karen S. Svendsen **

*Also admitted in Florida
**Also admitted in Connecticut

120 Fourth Avenue
Bay Shore, New York 11706
631-666-2500 / 631-666-5766
Fax: 631-666-8401
(service by fax not permitted)

Associates:
Elizabeth J. Grosso
Brittany A. Fiorenza
Nicole L. Bohler
Jeffrey Panasci
Jeffrey J. Pilinko
Of Counsel:
Frank Maffei

Arthur M. Cromarty,
Ret. N.Y.S. Supreme Ct. Justice
(1919-2014)

January 18, 2018

Via: ECF Filing
Hon. Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:    *United States of America vs. Vincent J. Trimarco*
            *Indictment No. CR – 17 0583 (Azrack,J./Shields,M.J.*

Dear Judge Azrack:

    I have been asked by my client, Vincent J. Trimarco, to request permission for him to travel to Cleveland, Ohio on January 24, 2018, and return on January 25, 2018, for the purpose of visiting a friend who lives in Cleveland. If granted, Mr. Trimarco will be departing Laguardia Airport at 5:00 P.M. on January 24, 2018, and returning at 8:00 A.M. the following morning. I have notified Assistant United States Attorney, Raymond Tierney, of this request.

    Thank you for your consideration herein.

                                                            Very truly yours,

                                                            DAVID H. BESSO

DHB:ap
cc:    Raymond Tierney, AUSA