# Long Tuminello, LLP
## Attorneys at Law

Members:
John E. Long, Jr.*
Barry M. Tuminello
David H. Besso, P.C.
Harold Seligman, P.C.
Kevin J. Werner
William M. Sullivan
Michelle Aulivola, P.C.
Karen S. Svendsen **

*Also admitted in Florida
**Also admitted in Connecticut

120 Fourth Avenue
Bay Shore, New York 11706
631-666-2500 / 631-666-5766
Fax: 631-666-8401
(service by fax not permitted)

Associates:
Elizabeth J. Grosso
Brittany A. Fiorenza
Nicole L. Bohler
Yvonne Randazzo
Jeffrey Panasci

Of Counsel:
Frank Maffei

Arthur M. Cromarty,
Ret. N.Y.S. Supreme Ct. Justice
(1919-2014)

November 26, 2018

Via: ECF Filing
Hon. Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *United States of America vs. Vincent J. Trimarco*
Indictment No. CR – 17 0583 (Azrack, J./Shields,M.J.

Dear Judge Azrack:

Please accept this letter as application to the court to withdraw as counsel for Vincent J. Trimarco in the matter of United States of America vs. Vincent J. Trimarco. Mr. Trimarco has consented to this application and will be seeking to retain new counsel.

This matter is scheduled for a status conference on December 12, 2018, to arrange a motion schedule. I have notified AUSA Raymond Tierney concerning this request.

Thank you for your cooperation herein.

Very truly yours,

DAVID H. BESSO

DHB:ap
cc: Raymond Tierney, AUSA
Vincent J. Trimarco