

**Matin Emouna**
*Admitted in NY, NJ & CT*
*memouna@emiklaw.com*

## UNOPPOSED MOTION REQUESTING PERMISSION TO TRAVEL

February 4, 2019

DISTRICT JUDGE JOAN M. AZRACK
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

          Re:    United States of America vs. Vincent I. Trimarco, Jr.
          Docker Number: CR -17-0583

Dear Judge Azrack:

    As you are aware this firm represents the defendant Vincent Trimarco, Jr., in the aforementioned matter.

    On behalf of Mr. Trimarco, I am hereby respectfully requesting permission for him to travel for business purposes to Miami, Florida, on American Airlines, leaving from John F. Kennedy Airport on Friday February 8, 2019 at 8;30 AM , and arriving in Miami, Florida at 10:30 P.M.  Mr. Trimarco will be returning from Fort Lauderdale on American Airlines on Tuesday evening February 12, 2019 at 8:30 P.M., and arriving at LaGuardia Airport at 11:30 P.M.

    AUSA Catherine M. Mirabile, and Officer Donna Mackey from U.S. Pretrial Services have been contacted and indicated that they have no opposition to this request.

    Accordingly, Mr. Trimarco, respectfully prays this Honorable Court will grant the modification as requested.

                                                    Very truly yours,

                                                    MATIN EMOUNA

cc:    AUSA Catherine M. Mirabile
         Officer Donna Mackey