# EDELSTEIN & GROSSMAN

Attorneys at Law
501 Fifth Avenue, Suite 514
New York, NY 10007
Tel: (212) 871-0571
Fax: (212) 922-2906
jonathan.edelstein.2@gmail.com

_____

September 2, 2020

**VIA ELECTRONIC CASE FILING**
Hon. Joan M. Azrack
United States District Court
Eastern District of New York
924 Federal Plaza
Central Islip, NY 11722

**Re: United States v. Trimarco, Docket No. 17-CR-583 (S-1) (JMA)**

Your Honor:

     Pursuant to this Court's recent scheduling order, please be advised that the undersigned will not file a motion *in limine* with respect to the text messages at this time. Instead, defendant will reserve for trial all evidentiary objections to those messages, and reserve the right to make such objections as are appropriate depending on which messages (if any) the government seeks to offer in evidence and the adequacy of the foundation laid for them.

     The Court's consideration in this matter is appreciated.

Respectfully submitted,

/s/ Jonathan I. Edelstein

Jonathan I. Edelstein

/s/ Dennis J. Ring

Dennis J. Ring
Attorneys for Defendant

Cc:    All Counsel (Via ECF)