| BEFORE: JOAN M. AZRACK | DATE: 10/6/2020 |
|---|---|
| UNITED STATES DISTRICT JUDGE | TIME: 10:30 AM (30 Mins.) |

## CRIMINAL CAUSE FOR GUILTY PLEA

**DOCKET NO. 17-cr-00583 (JMA)**

**FILED CLERK**

2:33 pm, Oct 06, 2020

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT: Vincent J. Trimarco, Jr.**    **DEF. #: 1**
☒ Present  ☐ Not present  ☐ Custody  ☒ Bail

**DEFENSE COUNSEL: Dennis J. Ring, Matin Emouna**
☐ Federal Defender  ☐ CJA  ☒ Retained

**AUSA: Catherine Mary Mirabile, Michael Bushwack**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Fred Guerino    COURTROOM DEPUTY: DJF

☒ Case Called.    ☒ Counsel present for all sides.

☒ Defendant is sworn, informed of his rights, and waives trial.

☒ Defendant enters a plea of Guilty to Count 1 of the Superseding Indictment.

☒ The defendant explains the offense committed and the Government outlines the proof they would present at trial.

☒ Having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, the Court finds a factual basis for the plea and accepts it.

Sentencing:  ☐ To be set by Probation.
             ☒ Set for February 3, 2021 at 11:00 AM before Judge Azrack.

Defendant  ☒ Remains on Bond  ☐ Remains in Custody.

OTHER: