**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of October, two thousand twenty.

In Re: Vincent J. Trimarco, Jr,
        Petitioner.
*******************************

Vincent J. Trimarco, Jr.,

        Petitioner,

v.

United States of America,

        Respondent.

**ORDER**

Docket No. 20-3362

Petitioner moves to withdraw his petition for a writ of prohibition.

IT IS HEREBY ORDERED that the motion is GRANTED. The petition is deemed WITHDRAWN.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/06/2020