LAW OFFICES OF
# Jeffrey Lichtman
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

February 18, 2021

**BY ECF**
Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

Re: <u>United States v. Vincent Trimarco, Jr.</u>, 17 CR 583 (JMA)

Dear Judge Azrack:

Pending my substitution as counsel for defendant Vincent Trimarco and with the consent of the government, I am writing to respectfully request a 30-day adjournment of Mr. Trimarco's April 7, 2021 sentencing and the related briefing schedule. This additional time will permit me an adequate opportunity to review the discovery, draft Mr. Trimarco's submission, and prepare for his sentencing.

I remain available for a telephone conference on this application should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: Catherine Mirabile, Esq.
Michael Bushwack, Esq.
Assistant United States Attorneys (by ECF)