LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

May 24, 2021

**BY ECF**
Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

Re: <u>United States v. Vincent Trimarco, Jr.</u>, 17 CR 583 (JMA)

Dear Judge Azrack:

I am writing to respectfully request a final, three week adjournment of defendant Vincent Trimarco's June 24, 2021 sentencing and related briefing schedule. To briefly explain, we are still in the process of gathering financial records for Mr. Trimarco's sentencing, which will be relevant to both our sentencing submission and my oral presentation regarding the conduct to which he has pleaded guilty and his restitution amount. The government, by AUSA Catherine Mirabile, has no objection to this request.

Thank you for the Court's consideration on this matter. I remain available for a telephone conference on this application should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc: Catherine Mirabile, Esq.
Michael Bushwack, Esq.
Assistant United States Attorneys (by ECF)