LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

July 8, 2021

**BY ECF**
Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

Re: <u>United States v. Vincent Trimarco, Jr.</u>, 17 CR 583 (JMA)

Dear Judge Azrack:

    I am writing to alert the Court to an impediment which as arisen regarding my continued representation of Vincent Trimarco and to respectfully request the Court's intervention in resolving this issue. In June, I was notified by Mr. Trimarco that I was immediately terminated from representing him, asked to stop working on his case, and advised that I was replaced by attorney Robert Del Col. Correspondence with Mr. Del Col has confirmed Mr. Trimarco's intentions. I have since emailed Mr. Del Col to remind him of the July 22 due date for the defendant's sentencing submission and to ask when his notice of appearance and substitution of counsel would be filed, to which I have received no response. With the deadline for this submission and Mr. Trimarco's sentencing approaching, a virtual conference is respectfully requested so that the issue of my continued representation of Mr. Trimarco may be resolved without further delay.

    Thank you for the Court's consideration on this matter

Respectfully submitted,

Jeffrey Lichtman

cc:     AUSA Catherine Mirabile (by ECF)
        Robert Del Cole, Esq. (by email)
        Vincent Trimarco (by email)