# EXHIBIT 1

**Glenn J. Beccarelli**
9 Ursula Court
Hauppauge, NY 11749
631-263-4888

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, NY

April 27, 2021

Dear Honorable Azrack,

I am writing this letter in support of Vincent Trimarco. I have known Vince for almost 20 years, personally and professionally. I first met him at my place of business, we hit it off and immediately became friends. A few years later he became my attorney.

Our daughters did cheerleading together at Hauppauge were Vince would always be at the filed with me cheering on all the kids. As the years went on, Vince helped me out on several occasions. One of the incidence that stands out to me that shows what an incredible man he is the when the Town of Islip came into my 80-year-old mother in laws house. She was practically deaf and blind, without a subpoena or a warrant about an unfinished basement. I called Vince immediately, he went to Court with her and made her feel at ease. She was so scared she was going to lose her house. Vince was so compassionate and caring with her. He didn't charge her and to this day she still speaks lovingly and highly of him.

I am distraught over what has happed to my dear friend. This is not the Vince my family and friends know and love. I am pleading with your Honor to have leniency when sentencing him. Vince does so many wonderful things for the community and it will be the ones he continues to help that will suffer if he is incarcerated. Please take into account all the good Vince has done over the years and continues to do.

Respectfully,

Glenn J. Beccarelli

# EXHIBIT 2

Hon. Joan M. Azrack

United States District Judge

100 Federal Plaza

Central Islip, New York 11722

Judge Azrack,

Thank you for taking time to read my letter sent on behalf of Mr. Vincent Trimarco Jr.

I met Vincent about 20 years ago through a small networking group of Long Island Business leaders. I was introduced to the group by a person participating in an event that I founded on Long Island, www.lifightforcharity.com. This event, aside from this past year due to Covid, brings together a few thousand Long Island companies, L.I.'s Leadership (County Executives, Heads of groups such as HIA, Nassau Police Commissioner, etc.) and since inception, more than 400 brave souls who are willing to raise significant funds, and donate much of their time for a year to prepare. Over the last 17 years, we have donated almost $2M to many charities in need. Aside from becoming good friends and doing business with Vincent, he volunteered a few years after we met to participate in the Long Island Fight For Charity, and was a very successful fundraiser and participant. I always say that no matter how you are involved, volunteer, donor, buy a ticket or sponsorship, that there is a piece of every person in every dollar we have and will ever raise going to charity. There are no paid participants, 100% after costs goes to charity right here on Long Island. The difference between us and other charities is, our "honorees" are not chosen, they apply same as Vincent did to help others.

Now, same as many others, I was shocked to hear that Vincent was in ANY trouble whatsoever. I know him ONLY to be an upstanding citizen, a good person and an amazing father. He is person who volunteers his time, is generous to charity (especially when it comes to our U.S. Troops), and has always been kind, and good natured. It is still hard for me to believe that he is pleading guilty for any charges.

That said, the facts are clear and he IS pleading guilty.

Judge Azrack, while I do not know the detail the courts do about the case, I do know that Vincent Trimarco without any doubt, does not belong in jail for even a moment. He is a good man who obviously made a mistake. Putting him in jail will accomplish nothing other than destroy his daughters view of him and possibly damage his mental health. A much better use of his time, and I hope the court values this as well, would be any amount of community service you felt necessary for his wrong doing, while Vincent works hard to earn the money required to pay back what the court deems he needs to. Keeping him out of jail protects his ability to do so, and immediately allows for reparations to be made.

Judge, time is irreplaceable as you know. Thank you for being so generous with yours and reading my plea for a dear friend. I also thank you for any leniency your able to find for Vincent. If you should desire, I am easily reached at 631-484-5217, or by email, JCohen@EmPower-solar.com.

With my respect and gratitude, character

Jeff Cohen

# EXHIBIT 3

Mary Ann Giambattista
29 Wyeth Street
Selden, NY 11784

March 22, 2021

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

Your Honor,

My name is Mary Ann Giambattista (nee Trimarco). I am a retired elementary school teacher and a substitute teacher. Vincent Trimarco Jr. is my nephew and the first born grandchild and in our family. Vinny, as we call him, has always been a kind, loving and dedicated man to all. He embodies the ideals of family and altruism through his unfailing love for his family and friends. Evidenced in how he has always honored his late grandparents and 108 year old grandmother. Vinnie's late grandfather Sam Trimarco was a builder and whenever "Grandpa Sam" needed assistance on the job site he would call upon Vinny for his help. Vinny would take time out from his busy and hectic law office schedule to join his grandfather.

Vincent is a wonderful cousin to my daughter attending her many Birthdays and Halloween parties just because she asked. He would leave work to pick her up from school when she often stayed late for after school activities. He was a big brother to her who often times helped her with her school projects.



Vincent is a good , honest and loyal man. His love and integrity for his family and country is demonstrated in his service as a JAG officer and patriot for our servicemen and veterans.

The charges that he is being accused of, in my heart of hearts, are false. Why Vincent should be taken from his family, business and most importantly O▓▓ for these untrue accusations is a tragedy. I pray every day that he is treated fairly and can be returned to back to his loving family.

Sincerely,

Mary Ann Giambattista
Mary Ann Giambattista

# EXHIBIT 4

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

"Do you know a good attorney? My brother was just subpoenaed and must appear in court for some issue dealing with the sale of his house." "Yes, have him contact Vincent Trimarco Jr., he's the best."

My name is John Girolamo, and it was 2010, and that was the first time I heard the name, Vincent Trimarco Jr. The very next day, Vincent, as I now know him, arranged a meeting to go over the details with my brother and me. Personally, I have not had many dealings with attorneys, but it was immediately evident that Vincent was well versed in legal law and was well prepared to handle my brother's case. At the trial, Vincent did his homework and successfully defended my brother, reaching a settlement that same day.

Several weeks later, Vincent hired me as his Personal Trainer. I have been a trainer since 1988, and have had great success in amateur and professional Bodybuilding. Although Vincent had already been working out at a gym, he wanted to improve his strength and bring his overall conditioning a few levels higher. Eleven years later we are still training hard, two to three times a week. Vincent has displayed enormous discipline, focus, and the determination to steadily make progress. In addition, Vincent has referred quite a few clients to me over the years. Up until now, I only knew Vincent as an attorney and athlete.

As a client and a friend, Vincent has always been generous, honest and accommodating on all levels. Vincent has been a role model for some of my younger clients, both as an outstanding athlete and professional attorney.

Respectfully,
John J. Girolamo

# EXHIBIT 5



To: Hon. Joan M. Azrack
    United States District Judge
    100 Federal Plaza
    Central Islip, New York 11722

Re: Mr. Vincent Trimarco
From: Hector Sepulveda Assoc. Academic Dean

Date: 4/15/21

Dear Judge Azrack,

My name is Hector Sepulveda and I served with Mr. Trimarco in the NYS Guard for over six years. I understand that he has pleaded guilty to a serious crime and will be appearing before you for sentencing. I am writing this character letter on behalf of Mr. Trimarco who has served his community and the NYS Guard in a manner that has always been professional and with honor. His work has always been appreciated by all he made a different for and assisted. I was surprised to hear of this because he has always been a caring respectful individual to not only us at the NY Guard but to civilians we would come into contact.

I too served as a Lieutenant with Mr. Trimarco. As a First Lieutenant he implemented programs for the men and women he oversaw that made a difference. He would demand of the troops to make sure everyone was well prepared to serve when called on. He was a leader. Everyone respected Mr. Trimarco and would stand by him without questions. This is also why I am writing this letter on his behalf.

While being a great father and always talking about his love for his daughter and the things they were doing, he would continue doing programs and new initiatives for the Guard. This was done at no expense for those that participated. Some example programs that people attended in large numbers were the filling of wills and power of attorney documents. Mr. Trimarco also served as a counselor to members (free of charge) that had legal issues and concerns. ████████████████████████████████████████ ████████████████████ He would not speak about his wife and we respected that, but we knew he was hurting and wished it would not have happened.

Mr. Trimarco has never changed his persona and passion for what he does and who he is. Mr. Trimarco has always been professional, hard working, dedicated to serving others and competent at all levels of work and training that improved his ability to do more. He has always been a caring and humanity-oriented person. He was a leader and a role model at the NYS Guard.

For these reasons I have no reservations and know that he will excel your expectations (with his life and his continued community work) if given the opportunity and shown leniency at sentencing. He is someone that does more good outside of a cell than in one. I make request for leniency at sentencing with faith that you will see all the good he has done despite pleading guilty.

Thank you for taking the time to read this Character letter.

Respectfully,

Hector Sepulveda MD, MA, MPH
Associate Dean for Academic Affairs
Suffolk County Community College
Health, Sports and Education Center MA-102
Michael J. Grant Campus
Crooked Hill Road
Brentwood, New York 11717-1092
Phone: (631) 851-6240
Fax: (631) 851-6947
Email: sepulvh@sunysuffolk.edu

Also:
Associate Clinical Professor
Department of Preventive Medicine
Stony Brook School of Medicine
Preventive Medicine and General Public Health
Residency Program
SUNY @ Stony Brook University

# EXHIBIT 6

Hon. Joan M. Azrack

United States District Judge

100 Federal Plaza

Central Islip, New York 11722

I am writing this letter in hopes that it will help you get an idea of the man and friend Vincent Trimarco has been to me despite the unfortunate transgressions that has led us to this point.

My name is Melissa Santos. I am 36 years old and have a bachelor's degree in elementary education. Vincent Trimarco has been a friend of mine and of my families since I was 10 years old. I know Vincent to be a good, honest, and trustworthy man. He has employed me in the past and has also been a man I have called for advice often. He has always been there to help my family without pause or hesitation. From the time I was a little girl, I looked up to Vincent; I admired his passion, his integrity and intelligence.

I have also had the pleasure of seeing Vincent in the most important role of his life, a father

I understand the severity of this case, but I do hope you will look at all the good Vincent has contributed to my life over the years as well as my families. Despite all that has happened, I wholeheartedly trust Vincent. I believe he is a good man who made a mistake.

Thank you for giving me this opportunity to shed light on the man and friend I know and trust Vincent to be.

# EXHIBIT 7

George Maglaras
162-54 14th Avenue
Whitestone, NY 11357

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, NY

May 4, 2021

Dear Honorable Azrack,

I am writing this letter in support of Vincent Trimarco. I have known Vince for about 15 years both personally and professionally. I met Vince at my place of business and became friendly. I then began using Vince as my attorney.

I have only known Vince to be both professional and kind. I have seen Vince's work that supports the United States military personnel. He has always been very attentive to my needs when called upon.

I was shocked and saddened to hear what happened to Vince. I am pleading with your Honor to have leniency when sentencing him. He has done so many wonderful things through his career and we all will be the ones who will suffer without him. Please consider all the good Vince has done over the years when you determine his fate.

Respectfully,

George Maglaras

# EXHIBIT 8

Kenneth Mark, MD, FAAD, FACMS

April 18, 2021

Dear Your Honor:

I am writing this character reference for Vincent Trimarco Junior, whom I have personally known for approximately 30 years. During this time, Vincent has been my friend, attorney, and patient. I have been such a close friend of Vincent's and his family that I have spent almost every single Christmas Eve with him and his family since around 1990.

I am a practicing physician, since I completed my training 20 years ago. As a physician, I try to help my patients as much as possible. I have noticed Vincent to do the same as an attorney.

In all the time that I have known Vincent, he has been extremely reliable, dependable, and trustworthy. The current situation is completely out of character for Vince. It is so out of character that the word, "shocking," comes to mind. Vince is the one who is always helping others, not causing anyone harm. This had to be an isolated incident with extenuating anomalous circumstances.

I have also known and witnessed him to be an extremely loving, caring father. Again, I spent his holiest night of the year with him on an almost annual basis! He served in the military and undertook charitable causes for our nation's veterans.

I know that Vincent is devastated, regretful, and completely upset about the entire situation. I am sure that he is looking forward to putting this behind him and restarting his life as a productive member of society and going back to being the best father he can be.

The physician-patient relationship is a unique one. I continue to trust Vincent to be my patient, and should I need his services, would trust him to represent me as my attorney.

If I can be of any further assistance, please do not hesitate to contact me.

Sincerely,

Kenneth Mark, MD, FAAD, FACMS

# EXHIBIT 9

# ELINOR BRAITMAN

## ATTORNEY AT LAW
### (Admitted to Practice Law in the State of New York)
4101 Ramapo Court
Riverdale, New Jersey 07457
631-882-2005

March 24, 2021

The Honorable Justice Joan M. Azrack
United States Federal Court
Suffolk County, New York

Re: Vincent Trimarco, Jr. Esq.

Dear Justice Azrack:

Before I moved to New Jersey and entered into what I consider Semi-retirement, and during the tune that I practiced law in Suffolk County I got to know Vincent Trimarco Jr. quite well.

Vincent is an honorable and trustworthy person. He has been helpful to both myself, my clients and my family to a degree that is only surpassed by his kindness and warmth. By nature Vincent is a caring person and his skill as an attorney is bolstered by his charming personality.

Although I do not have any sons, but I do have three daughters. If I had a son, I would have been proud had he turned out like Vincent Trimarco, Jr.

It is hard for me to believe that Vincent would be involved in a criminal matter. I practiced criminal Law in the State of New York for many years and there is no way that I could ever believe that this kind hearted Dad and family oriented gentleman is even capable of formulating dishonesty in any manner.

Very Truly yours,

ELINOR BRAITMAN

# EXHIBIT 10

Hon. Joan M Azrack
United States District Judge
Central Islip, New York 11722

To the Honorable Judge Joan M Azrack

I have known Vince Tramarco for fifteen years. I was both troubled and surprised when I first found out about this case as he has always been a solid person. It is for this reason I am happy to write a letter of reference for Mr Vince Tramarco regarding this matter. I completely understand the seriousness of this matter however, I hope the court will show some leniency.

Vince Tramarco has always been an upright character in the community. In our friendship he has really been there for me. He's been a mentor and an adviser for me in the past and present through multiple businesses I am still involved in. He's been a good friend for both me and my family.

In addition to our friendship he is an upstanding member of the neighborhood. While it is unfortunate that he has made some bad decisions, thus resulting in this case. While it is unfortunate to hear of the misconduct, it comes as no surprise that he is willing to accept responsibility for his actions. I believe as we move forward, he will emerge a better person. In short Vince Tramarco expressed deep remorse for making such a serious mistake and I believe in his ability to pay his debt to society.

It is my sincere hope the court takes this letter into consideration at the time os sentencing. Despite the current case, I still believe Vince Tramarco to be a valuable member of my community, and a good human being.

Sincerely,
John Beck
38 Ocean View Pkwy
Southampton, NY 11968
6318895109

# EXHIBIT 11

October 22, 2021

Honorable Joan Azrack
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Dear Honorable Azrack,

This letter is respectfully submitted on behalf on Vincent J. Trimarco, Jr. for leniency at his sentencing scheduled for December 2, 2021.

I have worked for Vince and his father Vincent J. Trimarco Sr. for almost two years. Mr. Trimarco Sr. is the most honorable and honest man I have ever met and I truly love working for both of them.

I specifically waited until right before sentencing to write this letter to you for several reasons. I believe I have a unique perspective when writing to you about Vince. I have seen him with his clients on a daily basis and the care he puts into each one of them.

Although, I am sure you have all the letters saying how wonderful he is to his clients. What you do not know is what these last few years have been like for someone who is waiting for sentencing. Everyone may be thinking how lucky he has been to avoid the sentencing until now. However, nothing could be further from the truth. Vince was not fortunate to have all these years pass and not being sentenced. These years did more destruction to him than being charged with a crime. Everyday is another day that he sits and waits for the phone to ring with more bad news or hear today maybe be the day he goes to prison. Or today is the day he must tell his parents his sentencing day is here.

I have over the past two years watched him live destructively to himself, thinking this is the end and he will go to prison. Yet, the day never came. It may not be comprehendible to anyone that this feeling and this uncertainty of what will happen to you is not healthy, easy to manage or even a humane way to live daily for years. I am not excusing anything Vince has done; however, I do know he has suffered. ████████████████████████████ The man has suffered. Punishment comes in many forms. These years of no closure and finality have now become the worst part of his life, waiting for punishment.





Respectfully submitted,

Grace Westlake
631-449-5007

# EXHIBIT 12





# EXHIBIT 13





# EXHIBIT 14

Peter Moutafis

November 2, 2021

Honorable Joan Azrack
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Dear Honorable Azrack,

I am writing this letter to your Honor on behalf of my attorney and best friend Vincent J.
Trimarco Jr. for leniency on his sentencing date of December 2, 2021.

Vincent was my attorney for the past five years. We built a very good business relationship
which turned into a very good friendship. I consider him the brother I never had. I have never
seen anything but professionalism from him and he always puts his clients first before himself.



Even though this is a very stressful time for him, he has not once ever shown me any
recklessness, disrespect, disrespect of myself or any of his peers around him. I hope your Honor
will show some leniency for my best friend who has never had any other criminal charge on his
record and was a servant of the military and the community for many many years.

Respectfully,

*s/ Peter Moutafis*
his best friend and brother
Peter Moutafis

# EXHIBIT 15

November 1, 2021

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Azrack:

This is a very difficult letter to write. It certainly is a letter that we never thought that we would ever have to write. We are the parents of Vincent Trimarco. Jr.

What can parents say about their first-born son? Truthfully, there is little negative to say. It is hard for us to process the charges leveled against him because they are so out of character from the person we know.

Vincent has never been a problem. As a child he was quite easy to raise, never giving us even an ounce of trouble while in school or socially. During every stage of his life we have always been proud of him. He was and still is well liked and respected by family and peers.

Vincent has a great deal of goodness in him and is the child who is always the first to help when we are in need. Any time either of us have been in the hospital, Vincent is the first to be there for us. He is our "Go To" person in many other ways as well. Since he is so mechanical (which he learned from his maternal grandfather who was an auto mechanic), he helps with fixing our cars and other mechanical equipment. He never says no or is too busy.

Vincent has been close to his grandparents. His 109-year-old grandmother is the only grandparent who is still with us. Vincent often visits her spending time getting her to talk about her life. These visits mean a great deal to her and reinforce that she is remembered and cared about. After each visit she always comments that he is "such a good boy".

We are 79 now, and as we approach 80, we have been giving thought to which of our two children, both sons, will be the one to advocate for us if we cannot make decisions for ourselves, especially in case of serious illness or worse. Vincent is always the first we think of since our second son lives in Florida and has three children. Therefore, the thought of Vincent not being here for some time is a concern for us.

Vincent has already lost so much as a result of this situation. Most importantly, ████████████
████████████████████████████ This has been a terrible blow to him and to our whole family.

We witnessed first-hand how he did everything that was suggested to him.

Writing this letter has reminded us of the past 15+ years which have caused us all so much sadness, stress and hurt
████████████████████████████████████



Respectfully,

Barbara and Vincent Trimarco, Sr.

# EXHIBIT 16

Charlie Vita
149 Walnut Road
Kings Park, NY 11754


Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, NY

April 29, 2021


Dear Honorable Azrack,

I am writing this letter in support of Vincent J. Trimarco, Jr. and to attest to his good character. I have known Vince for over thirty years. I am close friends with his father Vincent Trimarco.

As a Veteran, I am very proud of all the volunteer work he has done over the years for the veterans. The work he does is imperative and important to us veterans. I cannot express just how strongly I feel about Vince and his good hearted nature. He will think nothing of stopping whatever he is doing to help anyone in need. Not just someone he knows.

I have been having Saturday breakfast with Vince for over ten years. I enjoy his company and love hearing about his daughter. He is a loving and caring father. It breaks my heart to see what he is having to endure right now. I know this is a serious matter. However, I only know the kind and generous Vince. There is nothing I could hear about him that would ever change my opinion and respect for him.

I am asking this Court to please have leniency on him at sentencing. He does so much good for the community it would be a shame for that to have to stop. I am a very good friend and I do not believe he should be incarcerated.

Thank you your Honor.

Respectfully submitted,

*Charles Vita*

Charlie Vita

# EXHIBIT 17

John Stein

20 Tanglewood Dr

Smithtown NY 11787


March 23, 2021


Hon. Joan M Azrack

United States District Judge

100 Federal Plaza

Central Islip, NY 11722


Dear Hon. Joan M. Azrack,

I have been friends with Vince Trimarco for over twenty years.

We first met at a charity event, and have since been involved in numerous charity events raising hundreds of thousands of dollars for local LI Charities, as well as the Leukemia Society, et al.

Vince has represented me professionally in both of my business ventures, and has helped several of my employees over the years, at steep disc counts, or without charge, when they were unable to afford legal counsel.

I have witnessed him advise and encourage young people to go to school, go to work, make better choices. He is done so with kindness and compassion, and in ways that appear to have made a real difference.

He is, and always has been just a phone call away, and makes himself available whenever the need arises.

I have referred many friends and business associates to him, and the feelings are universal.

Although I understand Vince has pled guilty to a very serious crime, I believe the community will benefit more by keeping him out of jail, than incarcerating him.

The Vince Trimarco I know, and have known, is a good man, and I am confident he will continue to be an asset to those he meets, more now, than ever.


Sincerely,

John Stein

# EXHIBIT 18

Nancy Romano
28 Lake Drive
Ronkonkoma, New York 11779
(631) 949-0209

The Honorable Joan M. Azrack
United States Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

March 24, 2021

To the Honorable Joan M. Azrack,

I want to start off by thanking you for reading my letter and taking into consideration the life and future of a wonderful person who has been a blessing not only in my life but in the life of my children and my mother. I write this letter with a heavy heart and anguish for my dear friend Vincent Trimarco who has become a big part of our family for over a decade. I want to bring to light to the kind of person that he is despite the media and grave allegations that he has faced recently. Vincent Trimarco Jr is a true gentleman and does not have a mean bone in his body.

Your Honor, I cannot list everything he has done for us and how he has been through thick and thin with us through the years, but we hope and pray that this letter will convey what kind of person he truly is and how this has been a dreadful time for our family with every thought of Vincent possibly going away for any length of time. We pray that you would have leniency on him at sentencing. It would be such a great loss to us as well as the community.

I know this because I came to work for Vincent as an office manager/paralegal in early 2018 when his secretary went on vacation to be married and I permanently stayed on as staff at his law firm. I found a whole new respect and love for him as a Counselor who genuinely cared for his clients, and a man of his word. His office was not about the money as I had found in times past working in law firms. He carried all his clients under his wing and treated them like family. As an office manager I have witnessed the sorrow and grief of clients about the thought of losing

him as an Attorney. They truly trust, respect and love him. Vincent always works with the utmost integrity.

He dedicated a lot of time and donations through the American Patriot Hero fund as well as other Veteran organizations. I know Vincent as a dedicated public servant, strong family man, devoted father, and selfless human being. His love and devotion to veterans, wounded heroes, will also be detrimental to the community.



Respectfully,

Nancy Romano

# EXHIBIT 19

**MARK J. SARRO**
**1205 PARK LANE**
**YORKTOWN HEIGHTS, NEW YORK 10598**

May 17, 2021

To: Honorable Azrack

**Re: <u>Vincent Trimarco</u>**

Dear Sir or Madam:

My name is Mark J. Sarro and, among other things I am an attorney admitted to the practice of law in the state of New York since 1984. I have known Vincent Trimarco since 2007.

My interaction with Vincent arose from the donation of his time to support various organization and/or volunteers dedicated to the easing of suffering to the citizens of the state of New York during times of strife.

Specifically, Vincent was instrumental in preparing volunteers to participate in activities in support of "cleaning up" activities after of natural and/or manmade disasters both domestically and overseas.

During my association with him, I found Vincent unwavering in his dedication to help others and generous with his time regardless of the tasks to be performed.

By way of example, Vincent Trimarco participated in and personally provided pro bono legal services for soldiers and airman stationed in the state of New York who were on the verge of deploying to the Iraq and Afghanistan area of hostilities. These legal services included the drafting and execution of Last Wills and Testaments, Powers of Attorney, and other legal documents necessary for the dependents of the deploying soldiers and airman to be protected in their loved one's absence.

I know that he supported various fund-raising activities for the local Breast Cancer organization on Long Island and participated in several Red Cross training events.

On another occasion that comes to mind, Vincent arranged for one of his clients, a professional arborist, to train over thirty (30) volunteers at no cost and expense to the students, in the use of commercial chain saws and wood cutting techniques. Some of these very same volunteers later used this tree cutting experience to participate in or trained others to participate in the "cleanup" of storm related damage over the years, including but not limited to Super Storm Sandy.

In the fourteen (14) years that I have known him, Vincent Trimarco has demonstrated that to be an attorney is more than just the practice of law. It is the practice of helping others and contributing to your community.

I request that these actions of the Vincent Trimarco that I know from his past and present be taken in consideration of his future.

Respectfully submitted.


Mark J. Sarro

# EXHIBIT 20

# Douglas Perinchief

80 Urban Ave, Westbury NY 11590 P-(516) 279-4520 F-(516) 307-8382

Perinchief.Douglas@gmail.com

To:   Hon. Joan M. Azrack

      United States District Judge

      100 Federal Plaza

      Central Islip, New York 11722

From: Douglas Perinchief

      80 Urban Ave

      Westbury, NY 11590

### Letter of Character Reference

I am writing this letter in reference to the character of Vincent J Trimarco, Jr. I have known Vincent on both a personal and professional level for 15 years. To be honest, I do not generally attest to the character of someone unless I am absolutely positive that the person is deserving of it. In 2006 after 10 years of Active Duty service in the US Marine Corps I began my 60 day terminal leave and ventured out into the civilian business world. I was a new homeowner, engaged to be married, and was losing my only source of income at that time. I started in business and reached out to friends past and present for help in networking. As a young, recently separated veteran, and inexperienced professional it was extremely difficult to find anyone who would put their name out with a referral or who would spend their own time to counsel/mentor me. That was until I met Vince.

A friend from childhood introduced Vincent and I at a networking event and within the first 15 minutes of meeting Vince I knew that he meant it when he said "anything you need you call me." Vince really stressed to me how much he respected and appreciated my military service. More importantly, he backed it up with actions. I began to visit Vince in his office in Smithtown where he enthusiastically introduced me to everyone in his office from assistants, to associates, to his father as "This is Doug, he is a great guy, a Marine, and we all need to do everything we can to help him out." There was an open door policy in his office be it for mentorship, advice, or professional counsel. I can honestly say that Vince was a major part in my early success after military discharge. After seeing the difficulties so many of my peers have faced after separation and transition into the civilian world, how can I not attest to the character of someone who was truly instrumental in my successful transition.

# Douglas Perinchief

80 Urban Ave, Westbury NY 11590 P-(516) 279-4520 F-(516) 307-8382

Perinchief.Douglas@gmail.com

Within 2 years of meeting Vince we would spend time running to fund raisers for Wounded Warriors, Homes for Heroes, and other veterans organizations. After some discussion, Vince, myself, and a few others who frequented these events decided we should try to start our own 501c3 organization. We knew and discussed that if we did this we would be able to ensure that 100% of what was raised would make its way to veterans in need. Our accountant and Vincent (our attorney) each spent countless (unbilled) hours navigating the IRS regulations and we were ultimately granted our charity, non-taxable status. American Patriot Heroes Fund (AMPAT) was born. Over the next several years the management shifted within AMPAT. All being younger professionals with busy personal and professional lives, responsibility and leadership positions shifted, however our monthly meeting at Vince's office to discuss our next outreach effort always remained the same. We held golf outings, did TV and radio appearances, held private dinner fundraisers, all with one common goal; to help Veterans in need.

Over the course of several years with AMPAT I would be comfortable saying that we were able to help dozens of Veterans who truly needed it. I personally think that one notable outreach we had was when we focused on adaptive sporting equipment for physically disabled Veterans. One such veteran Stephen Valyou was shot by a sniper in Iraq and paralyzed from the waist down. Rendered unable to ever walk again, Stephen's outlook on life and fun with his children was bleak, until Vince had the idea after speaking with him to look into a recumbent bicycle for him. We bought mono ski's and bicycle's, sent veterans to shooting camps or horse retreats and I truly believe that we made a difference. Like Vince, I have maintained relationships with many of the veterans we have helped and obviously along with the assistance of time in their healing, we have been told many times that our early intervention was a great key to their recovery.

At one point in one of our monthly meetings Vince brought an idea to the table for a Walter Reed visit. He had already lined up RV transportation and had the idea of providing the most recently wounded and many times bed ridden veterans with laptops and internet hot spots (universal wifi and smart phones weren't yet a thing), and one weekend close to Christmas we were able to head to Walter Reed and present these veterans with a great way to maintain visual contact with their families. The men and women we met loved the gift and appreciated so much that they would now be able to reach out and video chat with their loved ones at any hour of the day. I clearly remember one Marine, a young probably still teen veteran who was a double leg amputee, and a single arm amputee wearing a T-Shirt that read "Combat Wounded Marine, Some Assembly Required," welcome us into his room with a big hug, a smile, and a great attitude. His mom on the other hand sobbed in the corner. She appreciated us being there however her pain was all too recent. I remember the Marine telling us that she wanted to stay with him but that she needed to go back home to work, because she would have to pay her bills while at the same time save up for months and months worth of plane tickets to visit him throughout his recovery. While we couldn't take on all of their household bills Vince and I discussed it and we realized that visiting plane tickets would be a great new mission. We stayed in touch with this family as well as others. We contacted JetBlue who were amazing and they would send us buddy pass tickets for families to ride

# Douglas Perinchief

80 Urban Ave, Westbury NY 11590 P-(516) 279-4520 F-(516) 307-8382

Perinchief.Douglas@gmail.com

on and we would buy tickets for others where JetBlue fares were not available. While AMPAT didn't last forever as all of our lives became busier, families and businesses grew, and responsibilities really limited our time I am truly convinced that the small difference we made as a whole was a huge difference to many.

I have been fairly lucky to have found some success in State and Government contracting. Last year I was in Florida for a couple of months. Vince reached out to me and asked me if I would sit with Joe, a friend of his. He told me Joe was a veteran and that he could use some guidance getting started. I didn't hesitate to go and meet with Joe. I didn't know how they met, I just knew that once again, here was Vince trying to help a veteran. Over lunch Joe described to me that he knew Vince because as a recruiter in NY one of his soldiers had gotten in a bit of legal trouble and he was referred to Vince as counsel. He told me how shocked he was that this attorney from Smithtown took the case, represented this soldier and went above and beyond for him just because of his appreciation of that soldiers service. Joe and I have a different bond than we had/have with Vince due to our service, however we both have the same admiration and appreciation for Vince and how he has gone out of his way to make our community, the veteran community better.

I will not tell you that I am ignorant to Vincent's current legal troubles. It is my personal opinion that he made a grave mistake. I haven't and am not interested in discussing it with Vince at great length because it pains me to see that someone who has done so much good is paying so dearly for making a mistake or having a lapse in better judgment. I do know that Vince is taking responsibility for his actions and I hope that my words here can be testament to the tremendous good Vince has done for MY community. I feel lucky to have met Vincent J. Trimarco, Jr. back in 2006. I feel lucky to have had his mentorship and his friendship. Whether we were saving a suffering veteran from foreclosure, or giving them new life on a ski slope I am confident that there is a lot more good left in him. Vincent will pay a great price for his actions just through the loss of his license/livelihood, reputation, and obviously a financial price. I don't think that anyone would benefit from Vince's incarceration. I do know that out here, given the chance to make this up many people will benefit. Please give him the chance to be out here doing great things for the world. You would be doing my community a great service. Thank you for reading this and affording me the opportunity to offer my thoughts.

Sincerely,

Doug Perinchief

# EXHIBIT 21



March 26, 2021

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

Dear Honorable Justice,

I would like to start by thanking you for taking the time to read this letter.

I first met Vincent Trimarco, Jr. in the summer of 2013 when I was an Intern at the Suffolk County District Attorney's Office. I remember seeing him for the first time in court and thinking that he was the epitome of what an attorney should be. He was always well dressed, well spoken, and advocated zealously for his clients. I attended law school in Florida and reconnected with Vince in the summer of 2015 when I graduated and moved back to New York. I ran into him at a restaurant and advised him that I had graduated and was working at a firm in Melville. He expressed great pride in me and offered his knowledge in any way he could. Vince and I developed a very strong bond and I considered him my mentor.

It was in October 2019 when I realized how grateful I was to know Vince. I had been let go from the firm I was then with and I called Vince, as I often did for advice, and he immediately said come work with me, be at the office at 8:30 a.m. tomorrow. The haste at which Vince offered to take me under his wing was remarkable. I never practiced criminal law aside from my internship but knew that if there was anyone I could learn from, it was Vince.

I worked alongside Vince every day, following him to court, soaking up every detail I could about the way he practiced. Along the way I met and made lasting relationships with attorneys, judges, and court personnel. I know that because of the faith that Vince had in me and the guidance he gave me, I am as successful as I am today.

It is no surprise that I am intimately familiar with the details surrounding Vince's federal matter. I spent countless hours working on his case with him and his team, confident that the man I admired and looked up to would be found not guilty. I remember the morning Vince called me and told me he was taking a plea, I burst into tears. He assured me that everything would be ok and that I needed to stay strong. I was in the courtroom the day Vince took his plea and I remember sitting there, hearing him plead guilty and feeling the tears welling up in my eyes and slowly falling down my face. I felt like I was losing my best friend and that I had failed him.



Words cannot express the gratitude I have to be a part of Vince's life, personally and professionally. On a daily basis I see the trust people place in him and the confidence they have in him because they know, despite what the media says, he is an outstanding person. I have seen the unconditional love he has for his daughter and how he has stopped at nothing to try and shield her from all of the negativity surrounding him. I have seen how selfless he is when it comes to his family and friends. I have seen the devotion and dedication he has given to veterans and their families. I know without a shadow of a doubt that if I ever need anything, Vince would be there for me in a heartbeat, and that is not something I can say about many people. I truly believe the world is a better place because of Vince.

Thank you again for your time and consideration.

Truly Yours,

Alexandra V. Georgetti, Esq.

# EXHIBIT 22

*John J. Toomey*
*12 King Authors Court*
*St. James, NY 11787*

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, NY

April 28, 2021

Dear Honorable Azrack,

Please accept this letter from the undersigned as evidence of the good character of Vincent Trimarco, Jr.

My name is John J. Toomey and I am a retired County Court Judge from Suffolk County, New York. I have been admitted to practice law in New York since 1977. Fifteen of those years I was a sitting Judge in both the District and County Courts of Suffolk County.

I have known the Trimarco family for over forty-five years and have great respect and admiration for the entire family. Vincent Sr. and I practiced law in the same town for twenty-five years, before I took the bench. We become very close friends. Vincent Sr. is the hardest working lawyer I have ever met and is someone I always looked up to.

I have known Vincent Jr. for over thirty years and always had a high opinion of his work habits and ethics. He appeared before me many times in many different cases. I always found him to be well prepared, on time, and ready to proceed on his cases.

He always represented his clients in a diligent and professional manner. At all times Vincent was courteous and respectful to the Court, his client, and the Court personnel.

In 2011, Suffolk County initiated the Second Veterans Treatment Court in New York State. Being a Vietnam Combat Veteran one of the only Veterans sitting on the bench, I was selected to start up and preside over the new Court. At the onset of the Court, Vincent came to me and offered to represent unrepresented Veterans, pro-bono. Over the years, I took advantage of Vincent's generosity and assigned him to represent indigents. I always knewn Vincent to be extremely generous with his time when it came to Veteran and I think this is a positive indication of the character of Vincent.

I observed Vincent outside the courtroom in social situations and firmly believe from my observations that he is an outstanding member of the community. I have seen Vincent interact with all kinds of people over the years and, he treats everyone with kindness and respect. I have

also seen Vincent in the company of his mother, father, and daughter, O█████ It is clear to me that Vincent is a loving and caring son and father.

I realize that Vincent admitted his mistake and plead guilty to a crime. But that does not change my opinion of him as a trustworthy friend, father, and son.

Your Honor, I firmly believe the man who now stands before you is not a criminal, but is someone whose life work calls for leniency in sentencing.

Thank you very much for taking the time to read this letter.

Respectfully,

John J. Toomey

# EXHIBIT 23

Holly Moreland Beck
63 Lindell Avenue
Lake Grove, New York 11755
h.moreland@outlook.com
631.560.6490

November 1st, 2021

Hon. Joan Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

Dear Hon. Judge Azrack,

My name is Holly Moreland Beck, and I hope you consider my reference of experiences with Vincent Trimarco Jr., both as my friend and my attorney.

I had the honor and pleasure to meet Mr. Trimarco Jr. eleven or so years ago and knew him first as a friend. I can speak to you with authority about the moral character of Mr. Trimarco Jr, and I hope your good faith will take into account this brief letter when you have to make your wise decision.

I have seen "Vince" have great concern and take great care of those in need. I have personally witnessed his kindness and generosity towards those who needed it most and felt undeserving. Vincent's kind and generous nature were exhibited in his actions with a homeless friend and a severely impaired person by drug abuse. Vincent made many attempts to obtain assistance for both people. In my experience, he is a person with a great deal of integrity, sense of duty and has made a great effort to act correctly at all times. In my experiences with Mr. Trimarco Jr. as my attorney, he exhibited patience, kindness, compassion, and knowledge while doing a trust for my mother and negotiating an estate I inherited with four other family members. Often, he has donated his time and expertise to assist my family at a moment's notice.

"Vince" is genuinely a great human being, an excellent friend, and attorney. Since I met him, he has shown a generous, kind, and devoted character towards others. He is a person of integrity and a valuable positive contributor to the community, family, and friends.

I can only imagine how difficult it is to decide Vincent's fate without really knowing him. I trust in God and have faith that you may feel all the support that family, friends, and clients of Vincent Trimarco Jr. are trying to provide you. I believe in my heart that granting leniency to Vincent will allow him to continue his good works so our family, friends, and community may continue to benefit. Thank you for your time; I trust your wise decision.

Respectfully submitted,

Holly Moreland Beck

# EXHIBIT 24

**Raymond P. Gallagher, P.C.**

**---Certified Public Accountant---**

**166 Southard Avenue**
**Rockville Centre, NY 11570**

May 28, 2021

Office's Long Island Criminal Division
Assistant United States Attorneys Catherine M. Mirabile
   and Michael J. Bushwackce                      By Mail

Cc: Assistant United States Attorney
Madeline O'Connor
Office Civil Division

Re: Mr. Vincent Trimarco, Esq.
Smithtown, New York

To whom it may concern:

I have known Mr. Trimarco for over fourteen (14) years. We both joined the New York
State Guard as volunteers to augment and support the Army National Guard and the Air
National Guard during times of natural disaster and Civil unrest.

We do this on a month to month and year to year basis as unpaid volunteers. We are only
compensated when activated and deployed. Many of the soldiers have been deployed,
some for as much as a year, because of the COVID-19 crisis.

Officers like Mr. Trimarco, who are attorneys, provide free legal services to soldiers,
airmen, and naval personnel during pre-deployment processing. Mr. Trimarco goes
beyond that by representing active duty and veterans who do not have legal
representation whenever he sees them in court unaccompanied by legal counsel.

He is a legal expert that has appeared on Nationally seen cable network television.

Moreover, Mr. Trimarco is a wonderful father. He is generous with both his time and
recourses in his community.

Because he pleaded guilty to charges leveled against him, he is facing many years in jail.
I know he is a good man, good father, and devoted citizen to the State of New York and
deserves a second chance to continue his good works. I respectfully ask that you take this
into consideration when determining the sentence he is facing.

I look forward to a positive outcome. Thank you.

Sincerely,

**Phone: (516) 678-1602      Facsimile: (516) 536-4471     Email: RPGallagherCPA@ATT.net**

## Raymond P. Gallagher, P.C.

### ---Certified Public Accountant---

166 Southard Avenue
Rockville Centre, NY 11570

# EXHIBIT 25

April 12, 2021

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York

Dear Judge Azrack:

Our names are Ida and Eugene Lesserson, and we are writing this letter on behalf of Vincent Trimarco Jr. We recognize that Vincent has pleaded guilty to a serious crime, and will be appearing before you.

We have been neighbors and friends of the Trimarco Family for over 50 years, and have known Vincent since he was a baby. The Trimarcos are among the most caring, compassionate, moral people we have ever met. Although we are of different faiths, our families have celebrated many holidays and occasions together. We have always been impressed by the respectful and caring manner in which Vincent treats his parents and other family members, particularly his elderly grandmother.

Our sons grew up together, and we have had the privilege of watching Vincent grow from a smiling, friendly child to a caring, compassionate adult. Throughout his childhood, Vincent internalized the admirable values of his family. In addition to being a conscientious student, he regularly attended religion classes and church services, and enjoyed participating in Cub Scouts and Boy Scouts.

As our sons grew to adulthood, our families have maintained our close relationship. On a number of occasions, in his capacity as an attorney, Vincent has offered us (without compensation), advice and assistance.

During family get togethers, we had the opportunity to spend time with Vincent and his daughter O

Despite his own problems, Vincent continued to be caring about others. When our son Steven was very ill and hospitalized with Covid, Vincent regularly expressed his concern, and inquired if there was anything he could do for us. He called our son several times after he came home from the hospital, and was genuinely relieved that he recovered.

Thus, after knowing Vincent Trimarco Jr. for his entire life, we admire the qualities we have observed him to possess: honesty, kindness, thoughtfulness, compassion, and love of family.

Very truly yours,
Ida and Eugene Lesserson
131 Clubhouse Circle
Melville, New York 11747
631 235 4885

# EXHIBIT 26

March 27, 2021

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

Re: Vincent Trimarco

Dear Judge Azrack:

It is our understanding that Vincent has pleaded guilty to a serious crime and will soon appear before you for sentencing.

I am an Air Force 1st Lieutenant who served during the Korean War. I am now a retired engineer and Mildred is a retired legal secretary. Over the years Vincent gave me much advice regarding my many patents and never asked for anything in return. Vincent's mother, Barbara is a first cousin of mine and we have known Vincent since the day he was born. We would like you to know that this crime does not define Vincent and who he really is as a person. He has always been most respectfully and loving towards us and his parents as well. Our families have celebrated every Christmas Eve for the past 49 years and other family celebrations as well.

There was one occasion where our 4 teenage granddaughters were in a restaurant and ran into Vincent. Well, he did not leave their side the entire evening. Made sure they were safe and got home safely also. He was very protective of them. He always showed a sincere interest in our family and how we were doing.

█████████████████████████████████████████ We always found him to be loving and caring towards her. He was always attentive to what her needs might be. She is extremely attached to her father and prefers being with him. We feel it will be very detrimental to her well-being if he is away from her for any length of time.

We hope this information will be helpful to Your Honor.

Respectfully Submitted,

Mildred & Frank Longo

*Mildred Longo*
*Frank Longo*

# EXHIBIT 27

Hon. Joan M. Azrack

United States District Judge

100 Federal Plaza

Central Islip, New York 11722

Dear Judge Azrack,

I have known Vincent Trimarco, Jr. for almost eight years. The first time I met Vincent was during a drill at which he was conducting a free legal services event. He was sitting down with all of the soldiers one-by-one and asking if they wanted him to write up a Will or if they needed any other legal advice. I overheard soldiers asking about various topics, everything from landlord/tenant issues to divorces. He was courteous, patient and professional and did not seem to discriminate based on rank. At the time, I was just a Private.

The next time I saw "Vince" was at a training event that he had arranged for our unit. I thought it was highly unusual for him to be there. Lawyers in the New York Guard don't usually fraternize with enlisted personnel, or even other officers that are not in the legal profession, but he was different. I asked him about it, and he said he preferred to be "hands-on" and that he joined the military to take an active role in helping citizens. Over time, I learned that he had been paying out-of-pocket for soldier training and purchasing equipment for the unit, as well.

I joined the New York Guard in 2012, while he joined in 2008. If I had to guess, I would say that throughout the years, I have seen him do a couple of hundred hours of pro bono work for our soldiers. I know he spent thousands on our training and sponsoring lunches/dinners for the troops during that time. I have heard that before I joined, it was no different. He is a gentleman, a true patriot, and a trusted friend.

1LT Andrew Patrick McNulty

# EXHIBIT 28

Michael L Rogers

3579 Bernard Drive

Wantagh, NY 11793

516-413-5492

Hon. Joan M. Azrack

United States District Judge

100 Federal Plaza

Central Islip, NY 11722

August 4, 2021

Your Honor,

My name is Michael L Rogers, and I am a retired police officer, serving 21.5 years in the NYPD, retiring in good standing, now serving in the New York Guard. I am writing this letter on behalf of Vincent Trimarco, who I have known for over two years.

I have had the pleasure to be acquainted with Mr. Trimarco from serving with him in the New York Guard, as members of the state military. I serve as the Training NCO for the 14th Detachment, 88th area Command. During this time Mr Trimarco has aided me in legal issues and other educational material used in instructing the soldiers under my position. He has always been an example to the soldiers, who he has always gone above and beyond to help, of both military bearing and professional appearance. He is a respected officer amongst the troops, who look up to him based on his advanced training and knowledge. He has always been approachable to the new members and has never appeared arrogant or acted as if above anyone, particularly the new enlisted soldiers.

Like many others, I was shocked to learn of Mr. Trimarco's indictment, because it was not representative of both his normal character and actions. He has never appeared or behaved in any manner that was not of a model citizen or beneficial addition to the New York Guard or the State of New York. I consider him a friend and colleague. Any actions indicated in this indictment are not typical of the man I know and would be an exception to the normal behavior demonstrated from the time I have known him.

For your consideration

Michael L Rogers

# EXHIBIT 29

John T. Boyle, MD
116 Yuma Lane
East Islip, NY 11730
631.807.9899

April 14, 2021

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

Your Honor,

I am writing to you on behalf of Vincent Trimarco, a man who I have known for 11 years.

Vince and I served as officers in the New York State Guard from the time that I joined until his indictment. Vince had a reputation as an exemplary officer who went above and beyond what was needed to accomplish his primary duty assignment. Although training and operations was not his primary role, he used his extensive contacts in the community to arrange training opportunities for our enlisted soldiers. For instance, he collaborated with building contractors on Long Island to train our service members on how to use forklifts, chain saws and other debris-clearing implement. These are skills that our service members use in domestic emergency operations and these training events saved the state from expending funds to hire external subject-matter experts to teach these essential skills to our soldiers.

Vince also had a reputation as an officer who took care of enlisted soldiers. Because the New York Guard is a volunteer organization many of us use our own funds to buy uniforms and supplies. There were more than a few times over the years that we served together that Vince reached into his own pocket to help less fortunate enlisted soldiers buy equipment and uniform parts so that they could serve. And because we do not have state funding to buy meals for drills, Vince often used his own money to buy meals for soldiers.

Like others who know him, I was surprised at the news of his indictment. I truly believe his actions represent an anomaly that he will never repeat. The man that I came to know has always demonstrated honesty, integrity, and fairness.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on Vince's sentence. As a fellow soldier, I stand ready to support Vince, because we never leave anyone behind.

Very respectfully,

John T. Boyle

John T. Boyle, MD

# EXHIBIT 30

# Dev Shafeek

915 Ilse Court, N. Bellmore, NY 11710 | 919.704.6349 | dshafeek@gmail.com

August 5, 2021

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

Your Honor:

My name is Dev Shafeek and it is my pleasure to write this reference letter for Vincent Trimarco. I do realize that Vincent has pleaded guilty to a serious crime and will appear before you for sentencing.

Vincent and I both served as commissioned officers together with the NY State Defense Force known as the New York Guard (NYG). The NYG is a state volunteer force which augments and supports the New York National Guard with manpower and skills. New York Guard members are a volunteer, unpaid force who serve at the direction of the Governor. They assist the National Guard in planning, training for and executing state emergency support and disaster missions.

The reason for providing this context is because serving in the NYG is voluntary and unpaid. It takes someone special who wants to give back to society with their time and talent, just as Vincent has done.

In the time served, he was extremely active often exceeding the attendance standards. But this was not just limited to being present. Within his service, he went over and beyond the call of service often providing financial assistance to fellow service members to acquire the proper uniforms and equipment needed for disaster missions.

Additionally, Vincent received two prestigious New York State awards that are worth mentioning; the NYG Humane Service Medal and NYG Operational Support Medals. These awards are presented to service members who distinguished themselves by sustained meritorious service in a humane operation as a result of a natural disaster, for example, floods, snowstorms, hurricanes, and tornadoes. This was the case for Vincent as he proudly served on the Hurricane Irene response & recovery.

I was surprised to learn about his indictment because as a fellow soldier, we live by the Army Values which include Selfless Service, Honesty and Integrity. I humbly ask that you demonstrate leniency on his sentencing.

Very Respectfully,

Dev Shafeek

# EXHIBIT 31

**MASTER SERGEANT STEVEN MILITO**
235 Lake Point Circle
Middle Island, NY 11953
(631) 445-3531

May 14, 2021

To:   Honorable. Joan M. Azrack
      United States District Judge
      100 Federal Plaza
      Central Islip, New York 11722

I am writing this letter to your Honor because I have known 1LT. Vincent Trimarco for approximately thirteen and a half years. I am the 1SG. of the 14th Detachment New York Guard. We first met at the Huntington Armory I was service member 1/142nd and he was Commander of the Thirteenth Civil Affairs Unit Attached to the 14th Brigade.

I am sixty-three years old and I first joined the regular Army in 1976 and I was a Military Policeman. I got off active duty in 1979. Subsequently, I worked for Newsday for almost forty-years. I joined the New York Guard right after 911 to do my part.

Our relationship first started off in a professional setting and we quickly became friends after spending time together off duty. I was able to observe Vince first hand with his daughter O███ as a baby after the final formation at annual training. I saw him as a loving caring father with his daughter.

We trained together at numerous locations throughout the years. During times of short falls for equipment and training, 1LT. Trimarco was able to arrange for training in the following fields; chainsaw, tree removal and forklift which was required for our training. This training was necessary for us to be able to keep the roadways open, maintain the free flow of emergency relief to the public during local emergencies and disasters. 1LT. Trimarco took the initiative to make the training available for the entire brigade and he was in charge of all the logistics and set up involved. This was significant because Lt. Trimarco was able to use his civilian status to cure the financial shortfalls in funding as he was able to procure local business donations for these operations.

1LT. Trimarco was also with us at the 106 Air Wing USAF, were he was charged with the Yellow Ribbon Mission. This Mission set up legal services for Airmen for deployment overseas. This included Will packages and Powers of attorney for hundreds of service men being deployed. These services were essential and necessary to the men prior to being deployed. Additionally, 1LT. Trimarco was charged with lecturing Air Force personnel and their families on the legal issues families would face in the event of death or injury. Needless to say, a very difficult subject to cover with the families and he did an outstanding job.

1LT. Trimarco volunteered countless hours over ten years providing legal service and advise to the Servicemen for New York Guard, Army National Guard and the Air National Guard. Further, 1LT. Trimarco was involved in numerous Pink Ribbon Missions which entailed security for the annual Long Island Breast Cancer walk. This entailed Shelter Operations by the New York Guard securing Cathedral Pines, County Park, in Yaphank, which was the terminus of the Cancer walk that started at Smith Points

Park. Approximately, five hundred to a thousand women would sleep in tents under our protection. 1LT. Trimarco was the Officer in Charge on numerous shifts every year. I was the Non-Commissioned Officer in charge and I personally observed 1LT. Trimarco working every year in a professional and caring manner during this event. He went above and beyond to make sure his troops under his command had everything they needed to complete their mission.

During Solder Readiness Program ("SRP"), 1LT. Trimarco was instrumental in making sure members of the New York Guard were able to complete their legal packages for future deployments and provided them with proper legal advice.

1LT. Trimarco work as a Staff Officer and Legal Advisor to the 14th Brigade Commander LTC. Lamboy, during that time period I was the acting SGM of the 14th. I observed 1LT. Trimarco not only do his required duties in an outstanding manner, but he also used his force of personality to make sure training and moral was above standards. He made sure all the Soldiers were well informed and ready for any mission.

I ask this Honorable Court to consider all of his work when sentencing Vincent. I know him as an honorable, caring and professional person. I am asking your Honor to please have leniency on him at sentencing.

Respectful,

Steven Milito

# EXHIBIT 32

# GENESIS RECOVERY GROUP

My name is Brian Gordon, I am a recovered former addict who just celebrated 11 years of sobriety. I have made it my life's mission to help other people recover and build a better life. I am the chairperson for multiple 12 step fellowships in hospitals and institutions across Long Island. I also own SoberTube TV and Sober Dudes motivational recovery and resource page where we offer 24/7 resources to the community.

I met Vincent when I was newly sober through mutual friends and he has always been someone I looked up to for fatherly advice. He has proved himself to be a safe place for anyone in early recovery to look up to when I was at rock bottom.

Vincent was a mentor for many years. Years later I needed his help on a professional level, for a civil court case with my marketing company. I was extremely stressed and Vincent helped me as an attorney for the entire length of the case. He refused to let me pay him, because he understood at the time that I was rebuilding my life. When I first got sober, many people were not ready to give me the second chance in life that Vincent gave me, he always said to help the next person and pay it forward. I always recommend Vinny to my friends and colleagues for any legal help, questions or advice, and he has done the same for them always in making them feel safe and comfortable.

The world has given me a second chance, and I celebrated 11 years sober on April 4th 2021. I am a productive member of society and a proud uncle of 7 nieces and nephews. Vincent is like a brother to me and when I found out about his recent guilty plea, I called him and told him I was there for him in every way. If I got a second chance, Vinny deserves one as well. He is a great man who wears his heart on his sleeve, and a generous kind soul who made a mistake. I wish the best for him and I appreciate you taking the time to consider my letter while making a decision.

Respectfully,
Brian Gordon

# EXHIBIT 33

April 21, 2021

To Whom It May Concern:

I am writing this as a testament to the character of Vincent Trimarco Jr. He has always been Vinnie to me.

I would like to introduce myself as Malissa Ojeda, who in 1986 was a 16-year-old girl starting her sophomore year at St Anthony's high school in South Huntington.

I was an only child living at home with a divorced mother and her grandparents. I was quite fortunate enough to meet Vinnie. His generosity, good hearted nature, kindness, solver of problems, be it financial or otherwise, and his loyalty as a good friend continues to this day.

My teenage years turned into adult years. Vinnie was charitable enough to assist with a car donation, assistance with finding a lawyer to assist with my dying grandmothers will. Even in my 20's and 30's, I could ask Vinnie for his assistance in anything, especially when it came to my mother or my grandmother. He was always readily available.

My adulthood has turned into Middle Age. I am now Malissa Finnegan, a nurse, a wife and more importantly a mother.

Vinnie was there for me when I needed legal assistance as well as moral support. He was there when I was buying my house and closing of my house.

Now my medical problems have become financial problems. I always needed a referral or a recommendation. Between my Bankruptcy attorney, Disability attorney and Divorce attorney, Vinnie may not have helped with the legal proceedings himself but he always knew who to ask. I think I have done it all with my St Anthony's school classmate as well as my friend of 35 years. I am still able to reach out to Vinnie when I encounter a problem, no questions asked.

I can confidentially recommend him for anything that he chooses to undertake or pursue.

Please do not hesitate to call me if you are in need to discuss this recommendation further.

Sincerely,

Malissa C. Ojeda Finnegan, RN


(516) 449-3467

# EXHIBIT 34

April 25th, 2021

The Hon. Joan M Azrack
U.S. District Judge
100 Federal Plaza
Central Islip, NY 11722

To Hon. Joan M. Azrack,

Never would I have thought I would be in a position to draft a sentencing letter for my dear friend Vincent Trimarco, Jr. But here I am after Vince has pleaded guilty to a serious crime and is now scheduled to stand before you for sentencing.

Vince and my husband attended law school together and Vince and I met when my husband and I were dating, roughly 20+ years ago.
I can say that Vince is someone I trust completely, has been 100% present for me and my husband, as Vince at his core is a decent man and stands for family and friends.

Vince on the outside certainly appears to be a tough guy (as I know firsthand from experiences over the past 20 years) but inside he is truly a loving dedicated father, and has been a good and decent friend to my husband and to me personally through good times and always in the tough times.

So many memories come to mind like when Vince reached out after the death of my parents, when Vince went above and beyond after the death of my brother-in-law, and even the simple days of watching his daughter and my girls play on the beach or at the park. I have been the recipient of Vince's genuine kindness over and over throughout the years .

Good people sometimes make terrible mistakes. May God's grace surround Vince during these troubling times, and guide him back to his true path of love and family. We will certainly stand by Vince and help guide him as he navigates this difficult time and consequences of his actions.

**Please reach out to me should you need any further comments. Many thanks for your service to our community.**

Sincerely,

Meaghan O'Brien Reyes

**Meaghan O'Brien Reyes**
**285 Stonytown Road**
**Manhasset NY 11030**
**917.517.6364**
Meaghanoreyes@me.com

**Manager, Hospital Practice**
**St Francis Hospital**
**Roslyn, NY**

# EXHIBIT 35

**Hon. Joan M. Azrack**
**United States District Judge**
**100 Federal Plaza**
**Central Islip, New York 11722**

October 30, 2021

To the Honorable Judge Joan Azrack,

My name is Anthony Uvenio and I have been a friend of Vincent J. Trimarco for over thirty-five years. We both went to St. Anthony's High School together and we also ended up being roommates together in college for a time. During our high school years, we became close friends, and that friendship has lasted the test of time as we are still very much connected.

Throughout the years I've know Vincent, he has always been there for me in all the various ways I needed. He helped give me a job at one of the companies that his family started that gave me management experience, he helped introduced me to my current employer where I have worked for over twenty-three years, and he helped introduce me to my wife of almost twenty years. He is also responsible for helping me live in the home I'm in now. Aside from his always looking to help me, he and his family treated me like another son and were continually there for me in more ways than I can count or remember.

Vincent has been a loyal, generous, and steadfast friend throughout the past thirty-five years.

I particularly admire his love of politics and the country we live in. Vince is a true patriot who also served in the Army Ranger program while we were in college together. Since I've known him, Vincent has always had an American Flag hanging nearby, whether in his office, dorm room, or home, he has them everywhere. His knowledge of American history and dedication to help protect our freedoms is overwhelming. Vincent is also resolutely dedicated to helping the veterans who have fought for the existing freedoms we have. He even set up a charity that would employ out of work veterans and give them assistance.

I believe that Vincent should receive leniency because of his continued desire to help those in need, his dedication to his family, and his previous demonstration to be a steadfast friend of over thirty-five years. He has helped me in innumerable ways and is a valued member of every community that he belongs to.

Sincerely,

Anthony Uvenio

# EXHIBIT 36

Mr. & Mrs. Anaxagorou
472A Johnson Avenue
Ronkonkoma NY 11779


March 25, 2021

RE: Vincent Trimarco

To The Honorable Judge Azrack,

On behalf of my husband and I we'd like to introduce ourselves as long time friends of Vincent. We are aware that Vincent has pleaded guilty to a serious crime and will appear before Judge Azrack for sentencing.

We are writing this letter in hopes that it will help you see what kind of person Vincent Trimarco is, despite the transgression that has led him to this point. We have known Vincent as a family friend for about twenty years. Vincent is a good person, with good morals and has always been kind and respectful.

When I think back I've been in many situations where I've picked up the phone and Vincent was my first phone call. He's never failed to lend a helping hand. When I was pregnant with my first child and was unable to find a job, Vincent offered me one without hesitation. He has been a wonderful friend and we consider him family.

It is our sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, we still believe Vincent Trimarco to be a good human being.

Sincerely,

Angie & Alex Anaxagorou

# EXHIBIT 37

Hon. Joan M. Azrack

United States District Judge

100 Federal Plaza

Central Islip, New York 11722

Dear Honorable Judge Joan M. Azrack,

Our names are Ricard A. Bauso and Linda A. Mitchell. Married and residing at 58 Wayne Street, Hauppauge, NY 11788. We have known Vincent Trimarco for approximately fifteen years. Our pleasure of meeting him developed through a family member, which turned out a be a business relationship and friendship.

Despite the transgressions that led Mr. Trimarco to this point, we would like to share our personal experiences of knowing him. My husband suffered a stroke in 2008, we were unable to keep our dream home due to our unfortunate circumstances. Mr. Trimarco sprung into action and helped us through this difficult situation form A-Z. He is the most selfless person we have ever encountered.

Ounce settled in our new home, Mr. Trimarco offered us a job of attending to his home responsibilities of cleaning and laundry. At that point we were able to witness his interaction

Shortly after, Mr. Traimarco asked us if we would be interested in another job attending to the needs of Mr. Gary Eriksen. Our responsibilities included cleaning, laundry and grocery shopping. We formed a close relationship with Mr. Ericksen and became friends with him on a personal note. Our overall impression of this sad situation was Mr. Trimarco had a genuine caring heart and was truly concerned for the well being of Mr. Ericksen. In our conversations, Mr. Ericksen would always refer to Mr. Trimarco as his brother.

Mr. Trimarco has exemplified every example known to humanity!

Thank you for your time.

Respectfully,

Richard A. Bauso

&

Linda A. Mitchell

# EXHIBIT 38

Vincent J. Trimarco Jr. Character Letter

My name is James J. Spero and i am Vincent J. Trimarco Jr's uncle. Obviously I have known Vincent his entire life and I wish to express my own opinion of Vincent's character and the person I have experienced on a personal level. As a child, student and adult Vincent has been ever present at almost all family gatherings, ie Sunday dinners holidays etc. When his family moved to Setauket I was able to interact with him on an almost daily basis. It is on these innumerable occasions that his behavior with family and friends could be observed first hand. All throughout his adolescence and adult life I witnessed his love of family and the respect he had for his parents, grandparents, aunts and uncles. He was always present at family functions and enjoyed the camaraderie of family and friends.

I first saw Vincent as an Infant in the hospital and have had the privilege of watching him develop into a fine young man. Always pleasant, mindful of his manners, respectful of his elders, he exhibited the kind of behavior you would expect from a well brought up christian person. i well remember his first communion, confirmation, graduations snd participation in school sporting activities at St. Anthony's high school. He worked as a life guard during the summer, completed his college education and obtained his law school degree. He set up his law practice along with his father working for many years with no ethical problems.

Vincent's love of family became most apparent when he became a father. ███████████████

██████████████████████████████████████████

███████████████████████████████ He somehow persevered under the strain of dealing with an extremely contentious birth mother. I have nothing but admiration for the way in which he handled this situation. ██████████████████████████████

████████████████████████████████████████████

████ He took his responsibility as a parent very seriously.

I do not know or understand why this is happening or the circumstances that led to Vincent's actions and conviction. This is not indicative of the man nor the character of the person I know and love. What has transpired is for me unimaginable, beyond my ability to comprehend. I can only hope that this sorrowful episode can be resolved with a measure of compassion.

Vincent J. Trimarco Jr. Character Letter

Christine Spero is Vincent's 108 year old grandmother. Even at her very advanced age she still displays a remarkable clarity of thought and shared with me her reflections on Vincent's character. Because she cannot write clearly i will briefly summarize her thoughts. Like myself she saw Vincent at all the same family gatherings as well as the numerous visits Vincent would make and still makes to her home. Her first impression is the love and respect Vincent always has showed his grandmother. His good nature and joviality lifts her spirits. This is especially true now that she is homebound. She also spoke of his thoughtfulness and willingness to help with tasks around the house. Finally she is despondent over Vincent's conviction and echoed thoughts I have previously expressed.

# EXHIBIT 39

March 28, 2021

Natalie M. Trimarco-Raheb
3455 Bay Front Dr
Baldwin Harbor, NY 11510

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Your Honor,

My name is Natalie M. Trimarco-Raheb. Vincent Trimarco Jr. is my nephew. I am retired from the Depository Trust Company and Clearing Corporation for stocks and bonds where I held a position as a clerical specialist for approximately 25 years. I also hold a Bachelor of Science Degree in Elementary Education.

I have always been very proud of Vinnie's. achievements. He studied and worked very hard to become an attorney, as he wanted to follow in his father's footsteps and make his parents proud. He has always been a very hard working, diligent and conscientious person in all his aspirations. He has always shown much love, kindness and caring to his family and friends through his acts and deeds. Whenever I needed advice, he was there for me to listen and offer his assistance. Vinnie joined the National Guard to serve and protect our country. He also volunteered in other organizations to aid in their needs.

Vinnie is also the most loving and caring father to his daughter



I know Vinnie to be a very caring and loving individual. I truly believe in his goodness, integrity, loyalty and honesty. Your honor, I pray that you show leniency and do not sentence him to prison.

Yours truly,

Natalie M. Trimarco-Raheb

Natalie M. Trimarco-Raheb

# EXHIBIT 40

March 28, 2021

Bruce J. Raheb
3455 Bay Front Drive
Baldwin Harbor, NY 11510

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Azrack,

Vincent Trimarco Jr. is my nephew and I have known him for approximately (27) years. I am a retired NYPD Police Sergeant and also hold an elected position as the Vice President of the New York State Fraternal Order of Police in Long Island, N.Y.

Vinnie has always been a very kind and caring individual.



It has been my experience that Vinnie has always been helpful to his family and friends. He also joined the National Guard to serve his country. If I ever needed any help around my home, Vinnie would offer to help.

I believe that justice would be best served by placing Vincent in a community service program and home monitoring. Thank you for your compassion.

Yours truly,

Bruce Raheb

Bruce J. Raheb

# EXHIBIT 41

Dominick Giambattista
29 Wyeth Street
Selden, NY 11784

March 22, 2021

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

Your Honor,

Vincent Trimarco is my nephew and I know him very personally for about 33 years. He is, from what I have experienced in our relationship, to be an upstanding, generous and kind man who has always gone out of his way for myself and anyone around him. He is a very good father ▮▮▮▮▮▮

▮▮▮▮▮. He is always the first to help me with any legal advice or helping me with auto repairs. He was always the first to help my daughter whenever she was in a bind no matter where she was located. My daughter once was a share in a house on the New Jersey shore that made her feel very uncomfortable. Not a good group. He sent a car down to her to bring her home. I will never forget that. My wife, Mary Ann, got into a very bad car accident at the LIRR parking lot while I was away. He got there before the police arrived and had the car towed to one of his clients. He then brought her home and comforted her making her feel safe until I arrived home. Absolutely selfless. He joined the National Guard as a JAG and has served honorably.

Quite frankly when all of this was brought to my attention, I could not and will never believe that he was aware of any of what he is being accused. ▮▮▮▮▮▮

▮▮▮▮▮▮

Sincerely,

Dominick Giambattista

# EXHIBIT 42

ב"ה

# CHABAD OF MID-SUFFOLK

318 Veterans Highway, Commack, NY 11725
Phone: (631) 543-3343 ♦ Fax: (631) 543-3343
www.ChabadMidSuffolk.com ♦ office@ChabadMidSuffolk.com

April 22, 2021

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

The Honorable Justice Azrack

I first met Mr. Vincent Trimarco Jr about 15 years ago when I first became rabbi at Chabad of Mid-Suffolk.

Over the years I have reached out to him for legal help and advice on the happenings in the town and how to help grow our congregation. He has given of his time and resources, usually pro bono, to help us help others.

One story comes to mind. We were putting up a temporary tent to host our High Holiday services and realized at the last minute that we were lacking all the appropriate permits. He spent countless hours, on a weekend, to bring all the government parties together to get the papers in record time. One of the officials commented how miraculous it was that we pulled it off. Thanks to Mr. Trimarco.

What has been most interesting for me is that he has called me many a times to understand the Jewish community, what sensitivities we might have and how he can understand our history and traditions even better. Although sometimes he was already well aware of the traditions. Like when we built a Sukkah for the Jewish holiday and a neighbor complained to the Town. Mr. Trimarco called the Supervisor and explained it all to him and it was all worked out.

I have seen him grow these past few years and with all the ups and downs he has been through, he has come out a more committed and understanding individual.

I am honored to call him a friend.

Please call if you have any questions.

631.767.3144

Rabbi Mendel Teldon

# EXHIBIT 43

James Longworth
P.O. Box 761
Kings Park NY 11754

April 20,2021

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip New York 11722

Re: Vincent Trimarco Jr. Sentencing

Your Honor,

It is important that I write this letter on behalf of my friend Vincent Trimarco Jr.
My name is James Longworth and Vincent has been a family friend for more than25 years,
as well as my attorney, along with his father Vincent Trimarco Sr. on multiple real estate transactions
over many years.

While I recognize Vincent has plead guilty to a serious crime, I believe he will be paying for his crime
with the loss of his law practice, full restitution of funds and a penalty to the court. To incarcerate him
at this point will endanger the welfare of his child and family and possibly his health.

I do not believe he is an evil or a dangerous person, but might have been influenced or ill advised by
others regarding this crime. As we all know, mistakes do happen. Mr. Trimarco has always behaved in a
professional manner and has represented me to the best of his ability, and I suspect he made an error in
judgement in this instance. I have every confidence in him and completely trust him.

He has served in the New York State Guard as an officer and has lost that commission because of his
plea. In my opinion a jail sentence will not benefit society nor him. While I admit I know nothing about
sentencing guidelines or the latitude judges possess in criminal matters, it seems to me justice would be
best served by the punishment outlined above. If additional punishment is required might I suggest
some type of court ordered counseling with a goal of assisting people in the future rather than going to
jail.

Thank you for considering my letter on behalf of Mr. Trimarco.

Yours truly,

James Longworth

# EXHIBIT 44

Michael Gervasi

7 Brayton Ct. S.

S. Setauket, NY 11720

516-361-3161

March 24, 2021

Hon. Joan M. Azrack

United States District Judge

100 Federal Plaza

Central Islip, New York 11722

Dear Judge Azrack,

I have known Mr. Vincent Trimarco both personally and professionally. From my viewpoint he has always been honorable, trustworthy and a gentleman. He is close friends with members of my family and I have come to trust him in that regard. We have socialized on many occasions and he is a valued friend.

On a professional level he never hesitated to offer or provide expert assistance and has helped our family on numerous occasions. We are always comfortable referring him to friends or business associates as well. In my opinion Vincent is a solid member of our society, a decent man and a good friend and I hope you will consider these feelings and experiences I have shared when you render your decision.

Respectfully,

Michael Gervasi

# EXHIBIT 45

**Mr & Mrs. Timothy Clark**
**300 Manor Place**
**Greenport, NY  11944**
**(407) - 709-7293**
twc3865@gmail.com

**March 25, 2021**

**Hon. Joan M. Azrack**
**United States District Judge**
**100 Federal Plaza**
**Central Islip, New York 11722**

Dear Honorable Judge Joan M. Azrack,

My wife and I are writing to you on behalf of Vincent Trimarco Jr. We have had the pleasure of knowing Mr. Trimarco for approximately three years. In that time he has helped us on various legal matters.

We recognize that Vincent has pleaded guilty to a serious crime and will be appearing before you for sentencing.  We would like to bring to light the kind person he really is before he is sentenced.

Vincent has been very honest and compassionate to us.  He has become more of a friend than a lawyer and we have come to trust him with all matters legal as well as personal. It is our firm belief he would not knowingly do anything to bear ill will to another individual. As a family of strong christian values, we feel Vincent always has everyone's best interests at heart and is a great advocate in the community.

It is our sincere hope that you will take this letter in consideration at the time of sentencing.

Sincerely,

**Timothy & Elizabeth Clark**

# EXHIBIT 46

# Joseph Fertucci DDS

58 Cloverhill Ln
Ossining, N.Y. 10562
914-923-6223
Drfertucci@optonline.net

June 4, 2021

Hon. Joan M Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Azrack

My name is Dr. Joseph Fertucci and am a Dentist that has been proudly serving the community's of Westchester County NY for more than 20years. I am also a long time friend to Vincent J Trimarco, whom I am aware, has pleaded guilty to a serious crime and will appear before you for sentencing. Vincent and I met in college over 30years ago. I have been thankful everyday since because he was my first friend in freshmen year and the person who helped me work through my introverted personality, which made college a more fulfilling experience. So, I am writing this letter because I believe that the good nature and character of my friend Vincent J Trimarco is getting blurred from what his true humanitarian disposition is. Moreover, I would appeal, to you, Judge Azrack to have leniency on Vincent J Trimarco in his sentencing.

Judge Azrack, Vincent J Trimarco is also single father who has a supportive nuclear family that is rich in Italian heritage and as such, a unified family would surely enrich his daughter in her upbringing.



Also, Vincent J Trimarco's belief in the legal systems jurisprudence has not wavered as he continues his swore obligations as an attorney. Vincent's dedication is commendable to me because the trials and tribulations he has endured would ruin the soul of most. Your honor, I have seen and witnessed Vincent's passion for law and his

empathy for people, as he has worked with me on many business and family matters over the years. Judge Azrack, I am a proud American that values the intentions of those who lead us and protect us and I humbly ask you to look at Vincent J Trimarco's character that not only I can confer but certainly the many others as well; family, friends, colleagues, clients and charitable organizations.

Sincerely yours,

Joseph Fertucci DDS

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York 11722
April 1, 2021

Dear Honorable Judge Azrack,

I am writing this letter on behalf of Vincent Trimarco, my name is Patricia A. Mallon, Vincent and I are cousins. I recognize that Vincent pleaded guilty to a serious crime and will appear before you for sentencing. Vincent and I have grown up together, spending Christmas Eve together since we were young children. This tradition has included our parents, siblings and now continues with our own children. During these Christmas Eve celebrations, Santa would arrive to all our delights. As we grew up and had children of our own, Vincent would play Santa and thrill my children with his presence. He has always been engaging, loving and compassionate towards by children. As they have grown into young women, Vincent continued to engage with them, discussing their college experiences and career choices.

I am an educator in the William Floyd School District for the past 16 years, before that I was a stay-at-home mom, raising my two daughters. I understand the seriousness of the crimes that Vincent has pleaded guilty to, I do not believe that these crimes define him as a person. I respectfully request that you consider Vincent's ties to both the community and his family when sentencing him.

Sincerely,

Patricia A. Mallon

Patricia A. Mallon
8 Stuyvesant Lane
Smithtown, New York 11787
patmallon1@optonline.net
516-810-6600

Hon. Joan M. Azark
United States District Judge
100 Federal Plaza
Central Islip NY 11722


My name is Joseph Lombardi. I reside at 156
Vermont Ave. B.S. N.Y. 11706. Im 47 years old, single
father of my son Michael who's 4 years old Now.
Im a NYC union Carpenter. Ive worked all my
life for what I have until that day I was involved
in a bad motor vehicle accident. And was injured
I was rear ended by a Ryder Truck. I wasn't
able to continue working and needed many sorgurys
Ive always lived within my means, Im not
rich, I dont have 1000's in the bank, have a
morgage, a son, and many Bills. As everone
does the reason Im telling you this is, because
this Is when I was introduced to Vincent.
My accident was Sept 5 2018 Shortly after
I was introduced to Vincent Timorro by a
mutual friend Ann Marie I am a true Believer
IN Faith. Im the oldest of 4 siblings.
Vince ended up to be the older Brother I never
had. I ended up asking how to do things,
the one I learned from his experience.
At this turning point in my life I really
needed help and guidance. I was always the oldest
and the one helping everyone else. Asking for
help was so out of the Norm for me. It
was the hardest, most humbling, thing I had to
do.
Vincent is my lawyer, He took my case so

personal.

Like I said I have difficulty asking for help. Vince not only helped me with all of disability stuff, he helped me modify my mortgage, so I could keep my home. I was really struggling in life. I remember Vince calling me to check on me, I had no money, I was low on food, within an hour he was at my door. He said get your coat on get your son dressed lets goto dinner. He brought my spirits up and let me know things were going to be ok. On the way home I'll never forget, we pulled into Shop-Right, Vince took me groare shopping, to fill my fridge. I was so humbled. I never experienced anything like this before. Not only did he help me, He taught me its ok to take help. But once im in position to pay it foward to someone else,

We stayed in contact, and grew closer friends. I met his family. he met mine. We would do things together, dinner, movies + cee shows on weekends, He always checked on me. I have a love for Vincent Like that older brother I never had. Vince is a selfless person and has A very big heart,

I went to thank you Your Hon.
for taking the time to read my
Letter I Honestly dont know where
my life would be today if I didnt
meet Vince. I am greatful for Him.
I ask that you can grant leniency at
his sentencing.

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

To whom this may concern, my name is George Duerr. My family and I have been using Vincent Trimarco jr for litigation for the past two years. Vincent has played a vital role in me and my brothers lives since we have met him. My late brother Thomas who passed away this year in March was greatly impacted by Vincent Trimarco jr not only in a legal way but also in a personal way. Thomas had spent 7 years upstate in the DOC and had caught another charge right before his release which Vincent had taken on for him. My dear brother was turned down by every lawyer we saw because of the complexity of his case and for a lack of funds we had. Vincent Trimarco jr with consideration took my brothers case which was in El Mira New York and after some time my brother was finally a free man. This not only meant the world to my family considering my brother was in prison from 18 years old until 25 years old but it meant everything to my brother. Thomas was institutionalized and had no support system or guidance except for me and my mother. Vincent not only represented my brother but he offered him guidance and a friendship on his new journey being home. These things meant the world to Thomas and put him in a way better situation as to being a good human being and also a contributing member to society.Vincent Trimarco jr knew my brother had lots of struggles and would always go the extra mile to invite my brother to dinner and social events so he wouldn't have to be alone like he usually was. Vincent became like a father figure to him and really changed his life when he came home.We are forever grateful for how Vincent always made sure my dear brother was supported and loved.

March this year unfortunately my brother passed away and we were all devastated as he was only home for two years. Vincent Trimarco jr. offered my family help in any way we needed it and we took his help during this difficult time. One month after my brother passed away my grandfather became extremely ill with his previous diagnosis of stage 4 bone cancer. Vincent offered to bring over groceries and would come stop by to check on my grandfather and give him company. These kind gestures really made the weight of these extreme situations more bearable for me and my mother, especially me since I was only 19 years old and handling all of this basically myself. Vincent knew me well and saw what toll was being taken by me. I was struggling now with my grandfather and brothers' deaths back to back and felt completely helpless. Vincent called me everyday during these difficult times to check up on me and referred to me as his little brother he never had. Vincent treating me like his little brother and always going above and beyond for me kept me on the right track because I had nobody else at this time for guidance. I told Vincent Trimarco jr I was extremely depressed and struggling with these deaths and had nobody to talk to. Not only did he offer a listening ear but he helped me find people who could professionally help me. As I am writing this Vincent is basically my only family left since everyone is gone.He saved my life and my brother's life, I honestly don't know what i would do if he was gone. Vincent continues to reach out to me daily and make sure i am on the right track, and also has helped me to the fullest extent in chasing my dreams in my personal endeavors. I could never repay Vincent Trimarco Jr. for all he has done for my family, thank you.

-George Vincent Duerr
Contact info: (631)652-5403
georgeduerr@yahoo.com

Lauren Duerr
6 Norfolk Ct
Coram, NY. 11727

November 1, 2021

RE: Vincent Trimarco

To Honorable Judge

I am writing to you on behalf of Vincent Trimarco. My name is Lauren Duerr and mother of my young son Thomas who Vincent represented. His caring dedication, integrity, generosity and hard work resulted in proving my sons innocence while incarcerated in Upstate, NY facility. As a result my son is free and I feel he saved his life.

Since my sons legal issues were Upstate no lawyer I called on Long Island and NYC would even consider taking the case. Vincent was then highly recommended to me from friends and their family's that have know him for over ten years, After speaking with Vincent he quickly agreed to represent my son when no other lawyer would. He knew I didn't have much money and accepted a very low retainer fee and really cared about my sons situation. Vincent's hard work involved a lot of ten hour one way drives to courts upstate and at this point working for free. His generosity and hard work proved my sons innocence and my son Thomas finally came back home to his family here on Long Island.

My son and I will forever feel grateful to Vincent. He took on a difficult case ten hours away from Long Island when no other attorney would. Even after my son came home Vincent treated him like a son and helped him find counseling and work. He became a strong support system for my son who came out of jail a lost soul and my son knew he could count on him. Thanks to Vincent my son Thomas is free and came back home to his family.

Sincerely

Lauren Duerr

(631)631-828-3937

November 3, 2021

To: Hon. Joan M. Azrack
United States District Judge 100 Federal Plaza
Central Islip, New York 11722


My name is Josef Barmoha. I am writing this letter to demonstrate, corollate, and explain the proven character, honor, and integrity of Mr. Vincent Trimarco Jr. former Captain of the New York National Guard of 10 years.

Mr. Trimarco and I have known each other for well over 12 years. I met him while my tenure in the Patchogue Army Recruiting Center where I was stationed and was Center Commander while supporting the U.S. Army's mission to recruit the best and the brightest alongside 22 other Service Members under my directive. During this period, Mr. Trimarco and I met during his selfless service to a Soldier in need that was having personal and marital issues. This Soldier underwent many moments of judgement and needed direction. Mr. Trimarco assisted my Soldier in clarity, legal, and operational methods to guide this Soldier in the correct and suitable path to bettering himself, career, and his family. Mr. Trimarco has also assisted in and around all Military functions, collaborating and volunteering, amongst many others, the Army Birthday Celebrations, Marine Corp Birthday Celebrations, and Veterans Day Celebrations, bringing awareness, community involvement, and community support. Mr. Trimarco line of work has assisted the moral, attitude, involvement, development, and the commitment to Military, Civilian, and Pro-Progressive lifestyles to all that come across him. All the assistance and representation, to include participation during events, were all free of charge and selfless. His love and commitment to the Military, Civilians, and the People in general are exemplary to say the least. His professionalism and presentation as a person and in the eyes of the community has always been exceptional and inspiring.

Throughout the years, Mr. Trimarco, has continued to develop ways to assist the community and commit himself to the betterment of Soldiers and the Military as a whole. He volunteered countless hours and days to the success of local organizations and Not for Profits like the American Patriot Heroes Fund, where they assist, amongst other things, in helping Service members, past and present in financial hardship needs. Mr. Trimarco has provided Pro-bono work to assure that Veterans receive only the best care and services. Not one person is better to care for a Veteran than a Veteran themselves.

Mr. Trimarco's has established a character that commends the core values that has been taught to him and many others, Loyalty, Selfless Service, Honor, Personal Courage, and Integrity. His responsibility to the justice and the American way, as well as commitment to the betterment of society, has been at the forefront of his work and dedication to the People. He has responsibility to the People, has structured his

character and development of productivity within the community and the State of New York. Mr. Trimarco is a proud man and rightfully so. He conducts himself in a manner that brings credit upon himself, the Judge Advocates Office, during his military service and currently, the Military, the New York Judicial System, and this great Nation regardless of the situation he may find himself. Competence is his watch-word. His duty to his community and the welfare of the People. Mr. Trimarco fullfills his responsibility to the community and the People inherent in that role. One that he honorably accepted as a previous Judge Advocate in the New York National Guard and as a Legal Representative for the State of New York.

Mr. Trimarco has accomplished many great deeds as he continues to serve the community with dedication and continues to change people's lives in many positive ways. I, and many others, trust Mr. Trimarco whole heartedly. Whether criminal or civil representation, Military, or volunteer work, Mr. Trimarco has set a standard for all, regardless of profession, to emulate.

I humbly request your leniency and consideration on Mr. Trimarco's case and consider all the amazing things he has done, to and what he has committed himself to, and accomplished. He is a loving father, dedicated to his daughter's betterment, the betterment of the community, the People, and the great State of New York.

I sincerely appreciate and thank you for this opportunity to express my thoughts and true events that describe and show Mr. Trimarco's character, integrity, and honor to all he comes across and works with.

Your Honor, I thank you for your time, as I know it is limited, to read my words of truth and expression. Thank you for your hard work, loyalty, and service to the great State of New York. Thank you for your selfless service and commitment to the community and the People of New York. Thank you for your exemplary service and dedication to justice.

Please feel free to reach me at any time with questions or if you need my assistance in any way. Thank you again.

Josef Barmoha
U.S. Army Sergeant First Class (Retired)
(305) 525-1246
Josef3838@gmail.com



REGIONAL ASSET MANAGEMENT

November 1, 2021

Hon. Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

Your honor:

I am writing to you today in reference to Vincent Trimarco Jr. who you are conducting a sentencing hearing for imminently. I have known Vincent for over ten years. During this time, I have relied on and confided in him for to help me navigate several personal and business matters as my attorney. At all times in my dealings with Vincent I have felt that I was in the hands of someone who truly cared about my matters, someone I could trust with my most private thoughts, concerns and most importantly someone who would never undertake any course of action to knowingly hurt me or my business. Without Vincent's help in two specific matters, I am confident that I would not have been able to resolve either situation without unnecessary extensive prolonged litigation. My belief is that before you is a man who is willing to take every necessary step in order to correct the mistakes which brought him before you today. Regardless of your decision and the outcome of this hearing, I am confident one day that Vincent will not only undertake every corrective action prescribed by your court but that he will far exceed any expectations in order to redeem himself to all effected parties, his family and the community which he has lived in his entire life.

I am compelled to share a brief story with you which I feel demonstrates Mr. Trimarco's care and unwavering commitment to his clients as well as his overall general character. In January of 2019 I discovered that I may have been a victim of a significant financial fraud involving my business by my long time partner. After consulting multiple attorneys and contemplating their various prescribed courses of action, I chose to engage Mr. Trimarco. In the midst of a very damaging situation, my decision was a very easy one to make. I say this because of the patience, gentleness, amount of time and overall professionalism Vincent afforded me before, during and after I shared with him the circumstances that brought me to his office. Throughout all phases of resolving my matter I found Vincent to be kind, fair, honest, trustworthy and willing to always ensure that whatever decision was made I understood fully and that each undertaking we made was in my best interest. For me this was invaluable and why I chose to write you this letter.

My belief is that Vincent Trimarco is overcome with remorse for all of the circumstances which led us to this point and that he is fully capable of rehabilitation if afforded the earn it by your court. I further believe that someone who possesses his heart, skillset, experience and resilience can regain his place in our society through one of the many alternatives to incarceration that exist before you. I am imploring you to create an alternative to incarceration which will allow all effected parties to benefit from your decision

and not impose a sentence that that incarcerates a man preventing him from a path to rehabilitation. I researched some of the various probation or community driven correction actions that exist in our society today. Specifically, I educated myself to success rates and value created by programs such as intensive supervisory parole, daily reporting, halfway houses, community service, home confinement, boot camps, and restorative justice.

Thank you for the public service you provide and also for investing the time required to read this letter. I will once again implore you to create a path for Mr. Trimarco which does not involve incarceration. MY hope is that you are able to create a path for Mr. Trimarco which affords him the opportunity to correct his failures while allowing him to correct any wrongs he has done within the community which raised him. I strongly believe that this would be the best course of action for all parties who have been affected by his conduct.

Sincerely,

K J Pilles

**Kristopher J. Pilles**, CCIM, MBA

Juan D. Reyes
285 Stonytown Road
Manhasset, New York 11030

November 3, 2021

Hon. Joan M. Azrack
United States District Judge 100 Federal Plaza
Central Islip, New York 11722

Re: Vincent Trimarco

Hon. Joan M. Azrack,

I have been friends with Vincent Trimarco since we attended law school from 1992 to 1995.

Vince has been a kind and caring person since I first met him in law school.

He has always been willing to help people whenever they needed help.

Vince has been there for my family in good times and in bad times.

I have asked him over the years to help with real estate issues for my family including my parents. He is knowledgeable and wise whenever we were working on deals and disputes together.

On a more personal note Vince helped arrange plans for when I proposed to my wife at Grand Central Station in 2001. He helped with buying flowers and arrange for a car to take us to the restaurant.

He helped us when my brother died in 2002 which was the same year that I was getting married. Everyone in our family was distraught and he helped us during the funeral with any errand that needed to be done without saying a word.

Vince has always been patient kind and professional with any matter that we needed help.

He has spent time with myself, my wife and my three daughters over the years. As a good Dad he has brought his daughter O█████ to play with my daughters who are about the same age as well as attend their birthday parties when they were growing up.

I believe that Vince has learned from his mistake and he would be in better position to help people as he has done so many times since I have know him for the past 29 years if you would please have leniency on him at his sentencing.

Sincerely,

*Juan Reyes*

Juan D. Reyes

JDR/jq