| | |
|---|---|
| BEFORE: JOAN M. AZRACK<br>UNITED STATES DISTRICT JUDGE | DATE: 12/2/2021<br>TIME: 10:30 AM (1.5 hrs) |

**CRIMINAL CAUSE FOR SENTENCING**

**DOCKET NO. 17-cr-583 (JMA)**

FILED
CLERK
2:19 pm, Dec 02, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFENDANT: Vincent Trimarco**     **DEF. #: 1**
☒ Present   ☐ Not present   ☐ Custody   ☒ Bail
**DEFENSE COUNSEL: Jeffrey Lichtman, Jeffrey Einhorn, Matin Emouna**
☐ Federal Defender   ☐ CJA   ☒ Retained

**AUSA: Catherine Mirabile**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Lisa Schmid         COURTROOM DEPUTY: LMP

☒   Case Called.         ☒   Counsel present for all sides.
☒   Sentencing held.         ☐   Sentencing adjourned to _.
☒   Statements of victim's attorney, defendant and counsel heard.
☒   Defendant sentenced on Count 1 of the Superseding Indictment.

SENTENCE TEXT: Imprisonment: 57 months. Restitution: $1,500,000.00. Supervised release: 2 years, with special conditions. Special Assessment: $100.00.

☒   Remaining open counts are dismissed on
         ☒   Government's motion.      ☐   Court's motion.
☒   Court advised defendant of right to appeal to the extent it was not waived in the plea agreement.
☐   Transcript of the proceeding sealed with the exception of providing a copy to the parties.

Defendant   ☐   Remains in Custody.   ☐   On bail pending appeal.
☒   Shall surrender to the institution designated by the U.S. Bureau of Prisons by 12:00 PM on 1/7/2022.

OTHER: