# LAW OFFICE OF DERRICK MAGWOOD, LLC

170 Old Country Road, Suite 502
Mineola, New York 11501
Tel:(516) 396-6648/ Fax: (516) 977-3350/ Cell: (917) 407-8323
(derrickmagwoodesq@gmail.com)

March 10, 2023

**VIA ECF**
Hon. Joan M. Azrac
United States District Judge
Eastern District of New York
100 Federal Plaza
Courtroom 1030
Central Islip, New York 11722

Re: United States v. Vincent Trimarco, Jr., 17 CR 583 (JMA)

Dear Judge Azrack:

I am writing on behalf of defendant Vincent Trimarco to respectfully request that is there is a resentencing as to his community service hours, his appearance be waived, or in the alternative, he be produced virtually.

Mr. Trimarco is requesting this because he is current enrolled in the RDAP Program in the prison and he does not want to be removed from this necessary Program before completion. If your Honor does require a personal appearance of Mr. Trimarco, I am respectfully requesting that the resentencing take place after he has completed the RDAP Program.

Thank you for the Court's consideration on this application,

                                                  Respectful submitted,

                                                  *s/ Derrick Magwood*
                                                  Derrick Magwood

cc:     AUSA Catherine Mirabile (by email)